**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02846-CMA-MEH

MICHEL MULLEN,

      Plaintiff,

v.

TIFFANY MULLEN, and
ROBERT KENDIG,

      Defendants.

---

**ORDER GRANTING JOINT MOTION FOR**
**ADMINISTRATIVE CLOSURE OF CASE**

---

      This matter is before the Court on the parties' Joint Motion For Administrative

Closure of Case (Doc. # 29).  The Court having fully considered the motion, GRANTS

the Motion and ORDERS that this case is ADMINISTRATIVELY CLOSED.  It is

      FURTHER ORDERED that the parties shall file a joint status report within 30

days of completion of the trial, or other resolution of the issues, in the state civil action

(Case No. 2006 DR 33, pending in the District Court for Pitkin County, Colorado),

or within one year of the date of this Order, whichever occurs first.  If no status report

is filed within one year of the date of this Order, this case will be dismissed.

      DATED:  February __18__, 2014

                      BY THE COURT:

                      _____

                      CHRISTINE M. ARGUELLO
                      United States District Judge